**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

**FILED**
**UNITED STATES DISTRICT COURT**
**DENVER, COLORADO**
*11:16 am, Apr 27, 2021*
**JEFFREY P. COLWELL, CLERK**

| | |
|---|---|
| In re:<br><br>CHEYENNE HOTEL INVESTMENTS, LLC,<br><br>Debtor. | Bankruptcy Case No.19-15473 KHT<br>Chapter 7 |
| CHEYENNE HOTEL INVESTMENTS, LLC,<br><br>Appellant,<br><br>v.<br><br>HILTON FRANCHISE HOLDING, LLC;<br>UNITED STATES TRUSTEE;<br>GALAXY CONSTRUCTION, LLC;<br>SITUS HOLDINGS, LLC,<br><br>Appellees. | U.S. District Court<br>Case No. 21-cv-0984 |

**NOTICE REGARDING RECORD ON APPEAL**

Pursuant to F.R.B.P. 8009 and 8010, please note the following:

☒ A Notice of Appeal and Statement of Election was filed April 6, 2021 by attorney Thomas F. Quinn on behalf of Cheyenne Hotel Investments, LLC in the captioned case and assigned District Court case number 21-cv-0984 REB.

☒ As of the date of this notice, no additional documents have been filed related to this appeal.

☐ The parties have designated a Record on Appeal. Attached please find:

☐ The following documents are not available on this Court's docket:

☐ The following sealed documents were designated:  Pursuant to Fed.R.Bankr.P. 8009(f), these documents are not included.

☐ Other:

DATED: April 27, 2021

Kenneth S. Gardner, Clerk of Court
By: M. Reynolds, 720-904-7450

**A copy of this notice has been transmitted electronically to US District Court.**