IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-00984 REB
(Bankruptcy No. 19-015473 KHT)

IN RE:

CHEYENNE HOTEL INVESTMENTS, LLC,

    Appellant,

v.

HILTON FRANCHISE HOLDING, LLC;
UNITED STATES TRUSTEE;
GALAXY CONSTRUCTION, LLC; and
SITUS HOLDINGS, LLC;

    Appellee.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order Making Order to Show Cause Absolute and for Dismissal [ECF 14] entered by Senior United States District Judge Robert E. Blackburn on January 28, 2022, it is

ORDERED that this bankruptcy appeal is dismissed with prejudice as a sanction for the failure of the appellant to comply with the rules and orders of this court and for its failure to prosecute this appeal. It is

FURTHER ORDERED that judgment is entered in favor of the appellees, Hilton Franchise Holdings, LLC, United States Trustee, Galaxy Construction, LLC, and Situs Holdings, LLC, and against the appellant, Cheyenne Hotel Investments, LLC. It is

FURTHER ORDERED that the appellees are awarded their costs to be taxed in the time and manner prescribed by Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

This case will be closed.

DATED January 28, 2022, at Denver, Colorado.

FOR THE COURT:
Jeffrey P. Colwell, Clerk

By: s/L.Roberson
L. Roberson
Deputy Clerk